FILED
SEP 05 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO-19-05021-BLG-TJC |
| --- | --- |
| Plaintiff, | Violation No. 6610183 |
| | Location Code: M14 |
| vs. | |
| ISAIAH SINGER, | ORDER |
| Defendant. | |

Pending before the Court is the motion of the United States of America to dismiss with prejudice Violation Notice 6610183. For good cause shown,

IT IS ORDERED that Violation Notice 6610183 is dismissed with prejudice.

DATED this __4__ day of September, 2019.

TIMOTHY J. CAVAN
United States Magistrate Judge

1